UNITED STATE DISTRICT COURT **F I L E D**
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION                    NOV 1 3 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. **0 7 C R 5 0 0 5 5** |
| | ) | Violation: Title 18, United States |
| PRESTON A. BARHAM | ) | Code, Section 2113(a) |

Judge Kapala

## INFORMATION

The UNITED STATES ATTORNEY charges:

On June 5, 2007, at Rockford, in the Northern District of Illinois, Western Division,

PRESTON A. BARHAM,

the defendant herein, by force and violence, and by intimidation, did take from the person and presence of a bank employee known to the United States Attorney approximately $3,334 in money belonging to and in the care, custody, control, management and possession of the Alpine Bank, 6838 East State Street, in Rockford, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

_____ for the
UNITED STATES ATTORNEY