for the __NORTHERN__ District of __ILLINOIS__

WESTERN DIVISION

United States of America

v.

PRESTON A. BARHAM

Criminal No. 07 CR 50055

Consent to Transfer of Case

for Plea and Sentence

(Under Rule 20)

**FILED**

DEC 0 7 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I, __Preston A. Barham__, defendant, have been informed that a n __Information__ (indictment, information, complaint) is pending against me in the above designated cause. I wish to plead __guilty__ (guilty, nolo contendere) to the offense charged, to consent to the disposition of the case in the __Central__ District of __Illinois__ in which I __am held__ (am under arrest, am held) and to waive trial in the above captioned District.

Dated: __NOVEMBER 20, 2007__ at _____

X _____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendant)

Approved

_____
United States Attorney for the
PATRICK J. FITZGERALD
__Northern__ District of
__Illinois__

_____
United States Attorney for the
RODGER A. HEATON
__Central__ District of
__Illinois__

FORM USA-153
SEP 82

TOTAL P.03