## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50055 | **DATE** | 12/11/2007 |
| **CASE TITLE** | USA vs. Preston Barham | | |

**DOCKET ENTRY TEXT:**

Pursuant to parties' Consent to Transfer Case for Plea and Sentence under Rule 20, this case is transferred to the Central District of Illinois.

*[signature]*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | sw |
|---|---|---|

Case 3:07-cr-50055   Document 4   Filed 12/11/2007   Page 1 of 1

07CR50055 USA vs. Preston Barham                                                                              Page 1 of 1