

*United States District Court*
Northern District of Illinois - Western Division
211 South Court Street - Room 211
Rockford, Illinois 61101

**F I L E D**
DEC 1 9 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Michael W. Dobbins,
Clerk

December 11, 2007

United States District Court
Central District of Illinois
151 Paul Findley Federal Building and U.S. Courthouse
600 East Monroe Street
Springfield, IL 62701

07-10091

Re:   USA v. Preston A. Barham
      USDC No: 07 CR 50055

Dear Sir/Madam:

Enclosed is the certified record which is being transferred to your court pursuant to an order entered by the Honorable Frederick J. Kapala on 12/11/07. The record includes the information, designation form, Consent to Transfer under Rule 20, the order entered by Judge Kapala on 12/11/07, and the docket sheet.

Please acknowledge receipt of the record on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:   Julia M. Mitchell
      Deputy Clerk

Enclosures
New Case No.  07-10091          Date  12/14/07